UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY BLOOM,

                Plaintiff(s),

    v.

USAA CASUALTY INSURANCE
COMPANY,

                Defendant(s).

CASE NO. C25-0104-KKE

ORDER DENYING STIPULATED
MOTION TO EXTEND BRIEFING
SCHEDULE ON DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule on Defendant's motion for summary judgment. Dkt. No. 32. The parties indicate that they engaged in private mediation on Jul 14, 2026, and "believe settlement is imminent." *Id.* at 1–2. Accordingly, the parties request an extension of the briefing schedule on Defendant's summary judgment motion such that Plaintiff may "avoid the costs of drafting a response … considering the imminence of settlement." *Id.* at 2. As the parties acknowledge, however, their requested briefing schedule would extend the noting date for Defendant's summary judgment motion beyond the July 27, 2026 deadline for noting dispositive motions. And this case is set for trial on October 26, 2026. Dkt. No. 23.

While the Court appreciates the parties' efforts to resolve this matter through mediation, if they require additional time to settle the case, they must move for a continuance of the trial date and related pre-trial deadlines. The Court will not extend the deadline for noting dispositive

ORDER DENYING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

motions to a date less than three months before trial.  If the parties wish to seek a continuance, they should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date, before filing a stipulated motion to continue.

Dated this 16th day of July, 2026.

Kymberly K. Evanson
United States District Judge