**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BLOOM, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Foreign Insurance Company, and ROE CORPORATIONS 1-10 inclusive,<br><br>Defendant. | No. 2:25-cv-00104-KKE<br><br>**ORDER GRANTING JOINT STIPULATION TO RENOTE DEFENDANT USAA CASUALTY INSURACE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR: JULY 27, 2026 |

This matter came before the Court upon the parties' Joint Stipulation to Renote Defendant USAA Casualty Insurance Company's Motion for Summary Judgment. The Court has reviewed the records and files herein, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Joint Stipulation to Renote Defendant USAA Casualty Insurance Company's Motion for Summary Judgment is GRANTED.
2. Defendant USAA Casualty Insurance Company's Motion for Summary Judgment (Dkt. 30) shall be renoted for consideration from July 27, 2026, to August 27, 2026.
3. Plaintiff Kelly Bloom shall have until August 20, 2026, to serve a response to Defendant's Motion, and Defendant's reply, if any, shall be due August 27, 2026.



CLYDE & CO US LLP
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

Dated: July 28, 2026

Kymberly K. Evanson
United States District Judge



CLYDE & CO US LLP
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

Presented by:


CLYDE & CO US LLP

*s/ Rishabh R. Agny*
Kimberly A. Reppart, WSBA #30643
Rishabh R. Agny, WSBA #49721
401 Union Street, Suite 1400
Seattle, WA 98101
Tel. (206) 689-8500
kim.reppart@clydeco.com
rishabh.agny@clydeco.com
*Attorneys for Defendant USAA Casualty Insurance Company*

TRIAL LAWYERS FOR JUSTICE

*s/ Lawrence M. Kahn*
Lawrence M. Kahn, WSBA #29639
John A. Kawai, WSBA #53950
14240 Interurban Ave. S, Suite B-132
Tukwila, WA 98168
Tel. (425) 453-5679
lmk@tl4j.com
jk@tl4j.com
*Attorneys for Plaintiff Kelly Bloom*