UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY BLOOM,<br><br>Plaintiff(s),<br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C25-0104-KKE<br><br>ORDER DIRECTING STATUS REPORT |

On August 6, 2026, the parties filed a notice of settlement, stating that they are in the process of executing settlement documents and intend to file a stipulation to dismiss with prejudice once the settlement is finalized. Dkt. No. 39. The parties also request that the case schedule be stricken. *Id.* The Court's ordinary practice, however, is to keep a case schedule in place until a settlement is finalized and the case is dismissed.

Accordingly, the parties are DIRECTED to file a status update no later than September 9, 2026, addressing their progress toward settling this litigation and whether an amended case schedule is necessary.

Dated this 2nd day of September, 2026.

Kymberly K. Evanson
United States District Judge